# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| STEPHEN A. BEIGHTLER, | : |
| | : Case No. 2:19-cv-02344 |
| Plaintiff, | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : Magistrate Judge Jolson |
| MARK STEVEN BEIGHTLER, et al., | : |
| | : |
| | : |
| Defendants. | : |

## ORDER ADOPTING MAGISTRATE JUDGE JOLSON'S REPORT AND RECOMMENDATION GRANTING PLAINTIFF'S APPLICATIONS TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING COMPLAINT WITHOUT PREJUDICE [#5]

This matter is before the Court on Magistrate Judge Jolson's Report and Recommendation Granting Plaintiff's Applications to Proceed *In Forma Pauperis* and Dismissing the Complaint Without Prejudice for Lack of Subject Matter Jurisdiction. (Doc. No. 5.) The Report and Recommendation was filed on July 24, 2019, and the parties had fourteen days thereafter to raise any Objections. Neither side has filed an Objection to the Report and Recommendation, and the time for doing so has now passed.

Having reviewed the Report and Recommendation, the Court finds that Magistrate Judge Jolson reached the correct conclusion. Accordingly, the Court **ADOPTS** Magistrate Judge Jolson's July 24, 2019 Report and Recommendation as this Court's findings of fact and conclusions of law. Plaintiff's Applications to Proceed *In Forma Pauperis* are hereby **GRANTED**

and the Complaint in this case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

                                              /s/ Algenon L. Marbley
                                              **ALGENON L. MARBLEY**
                                              **UNITED STATES DISTRICT JUDGE**

**DATED: August 30, 2019**